```
 1 │ JOSEPH SCHLESINGER, Bar #87692
   │ Acting Federal Defender
 2 │ JANET BATEMAN, Bar #241210
   │ Assistant Federal Defender
 3 │ Designated Counsel for Service
   │ 2300 Tulare Street, Suite 330
 4 │ Fresno, California 93721-2226
   │ Telephone: (559) 487-5561
 5 │
   │ Attorneys for Defendant
 6 │ ADAM C. RAIMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00254 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND ORDER THEREON |
| v. | ) Date: May 6, 2013 |
| ADAM C. RAIMER, | ) Time: 1:00 p.m.<br>) Judge: Hon. Sheila K. Oberto |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK J. MC KEON, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, ADAM C. RAIMER, that the date for status conference in this matter may be continued to May 6, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is March 18, 2013. The requested new date is May 6, 2013, at 1:00 p.m.**

The defense needs more time to review the voluminous discovery and continue its investigation. The government does not object.

////

////

////

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

DATED: March 12, 2013                 By */s/ Mark J. McKeon*
                                                                    MARK J. McKEON
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff

                                                                    JOSEPH SCHLESINGER
                                                                    Acting Federal Defender

DATED: March 12, 2013                 By */s/ Janet Bateman*
                                                                    JANET BATEMAN
                                                                    Assistant Federal Defender
                                                                    Attorney for Defendant
                                                                    ADAM C. RAIMER

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   March 13, 2013**                     /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE