BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00254-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ADAM C. RAIMER, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 6, 2013, at 1:00 p.m.

2. By this stipulation, the United States now moves to continue the status conference until May 20, 2013, at 1:00 p.m. and to exclude time between May 6, 2013 and May 20, 2013. Defendant does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the government will be unavailable for the hearing on May 6, 2013, because he needs to be out of the office for a medical appointment for a family member in Los Angeles.

    b) The parties are currently in negotiation over a potential plea. The parties need

Stipulation and Order 1

PDF created with pdfFactory trial version www.pdffactory.com

more time to negotiate the terms of this potential plea.

    c) This time period is deemed excludable pursuant to 18 U.S.C. § 3161(h) (7)(B)(iv) because the unavailability of government counsel would unreasonably deny the government continuity of counsel.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2013 to May 20, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at plaintiff's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2013                                      BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ MARK J. McKEON
                                                          MARK J. MCKEON
                                                          Assistant United States Attorney

Dated: May 2, 2013                                      /s/ JANET BATEMAN
                                                          JANET BATEMAN
                                                          Counsel for Defendant

IT IS SO ORDERED.

    Dated: **May 2, 2013**                                **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com